**FILED**
JAN 21 2005
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GEORGE PAVAO, III,<br><br>Defendant - Appellant. | No. 04-10395<br><br>D.C. No. CR-03-00546-SOM<br>District of Hawaii, Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
FEB 18 2005
at 11 o'clock and 10 min. A M.
WALTER A.Y.H. CHINN, CLERK

Before: BEEZER, HALL and SILVERMAN, Circuit Judges

The parties' joint motion for remand is granted. Defendant's sentence is vacated. This appeal is remanded to the district court for the purpose of re-sentencing defendant.

**VACATED AND REMANDED.**

S:\MOATT\Panelord\01.10.05\orders\kr3\04-10395.wpd

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST
FEB 14 2005
by: _____
Deputy Clerk

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>GEORGE PAVAO, III,<br><br>Defendant - Appellant. | No. 04-10395<br>D.C. No. CR-03-00546-SOM<br><br>**JUDGMENT** |

Appeal from the United States District Court for the District of Hawaii (Honolulu).

This cause came on to be heard on the Transcript of the Record from the United States District Court for the District of Hawaii (Honolulu) and was duly submitted.

On consideration whereof, it is now here ordered and adjudged by this Court, that the judgment of the said District Court in this cause be, and hereby is **VACATED and REMANDED.**

Filed and entered Friday, January 21, 2005

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 14 2005

by: _____
Deputy Clerk

INTERNAL USE ONLY: Proceedings include all events.
04-10395 USA v. Pavao

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Wes R. Porter, Esq.<br>FAX 808/541-2958<br>808/541-2850<br>Ste. 6-100<br>[COR LD NTC aus]<br>USH - OFFICE OF THE U.S. ATTORNEY<br>PJKK Federal Building<br>300 Ala Moana Blvd.<br>P.O. Box 50183<br>Honolulu, HI 96850 |
| v. | |
| GEORGE PAVAO, III<br>    Defendant - Appellant | Michael A. Weight, Esq.<br>FAX 541-3545 808<br>808/541-2521<br>Suite 7104<br>[COR LD NTC afp]<br>FPDHI - FEDERAL PUBLIC DEFENDER'S OFFICE (HONOLULU)<br>300 Ala Moana Blvd.<br>Honolulu, HI 96850 |