AO 442 (Rev. 10/03) Warrant for Arrest

ORIGINAL

# UNITED STATES DISTRICT COURT
## District of Hawaii

807117

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00546(01) SOM |
| GEORGE PAVAO III | |

(Name and Address of Defendant)

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUL 0 6 2006

at 2 o'clock and 10 min. P M
SUE BEITIA

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST GEORGE PAVAO III and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition, charging him or her with (brief description of offense)

ORDER TO SHOW CAUSE WHY SUPERVISION SHOULD NOT BE REVOKED

RECEIVED
2006 JUN 26 PM 3:01
U.S. MARSHALS SERVICE
HONOLULU, HI

in violation of Title United States Code, Section(s).

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| _Alison Cheney_ (signature) | JUNE 26, 2006 at Honolulu, Hawaii |
| Signature of Issuing Officer/Deputy Clerk | Date and Location |

Bail Fixed at NO BAIL          By: Alan C. Kay, Senior United States District Judge, For U.S District Judge
                                    Susan Oki Mollway

---

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at  HILO, HI

| Date Received 6-26-06 | NAME AND TITLE OF ARRESTING OFFICER RUSSELL NAKASATO DUSM | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 7-5-06 | | |