# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00546SOM |
| CASE NAME: | USA vs. George Pavao III |
| ATTYS FOR PLA: | Wes Porter |
| | Mark Nugent (USPO) |
| ATTYS FOR DEFT: | Shanlyn Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 7/7/2006 | TIME: | 9:45 - 10:00 |

COURT ACTION:  EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant George Pavao III present and in custody.

Defendant admits to all 4 violations.

Court finds that there is sufficient evidence to support all violations and the defendant has not met the conditions of supervised release.

Discussion held re: options that maybe available to the defendant such as the ARC Program, and individual counseling.

Ms. Park requests a continuance in order to research options available to the defendant.

This hearing is continued to 7/14/06 @ 9:45 a.m.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.