# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

7/14/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 03-00546SOM |
| CASE NAME: | USA vs. George Pavao III |
| ATTYS FOR PLA: | Wes Porter |
| | Mark Nugent (USPO) |
| ATTYS FOR DEFT: | Shanlyn Park |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Susan Oki Mollway | REPORTER: | Debra Chun |
| DATE: | 7/14/2006 | TIME: | 9:55 - 10:05 |

COURT ACTION:  EP: Continued Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant George Pavao III present and in custody.

Ms. Park informed the Court that the defendant has been accepted into the Salvation Army Adult Rehabilitation Center Program.

SAARC is able to accept the defendant today for a 6 month program.

No objection by the government.

Ms. Park to transport the defendant there today.

Supervised release is not revoked, and the defendant to continue on supervised release.

Court modifies the conditions of supervised release.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than 8 valid drug tests per month during the term of supervision, unless there is a positive drug test, in which event the maximum shall increase to up to one valid drug test per day.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office. The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

- That the defendant participate in a mental health program at the discretion and direction of the Probation Office. The defendant to participate in any such counseling program as directed by the Probation Office.

Ms. Park to prepare the order.

A Status Conference is set for 9/11/06 @ 3:00 p.m. SOM.

The USPO to contact the CRM is the status conference is not necessary.

Defendant remanded to the custody of the USM.

Submitted by: Toni Fujinaga, Courtroom Manager.