PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

SHANLYN A. S. PARK  #6530
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:  (808) 541-3545
E-Mail:       shanlyn_park@fd.org

Attorney for Defendant
GEORGE PAVAO III

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00546 SOM |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | MODIFYING CONDITIONS OF |
| vs. | ) | SUPERVISED RELEASE |
| | ) | |
| GEORGE PAVAO III, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**STIPULATION AND ORDER MODIFYING
CONDITIONS OF SUPERVISED RELEASE**

On June 26, 2006, a petition was filed alleging that Defendant George

Pavao III committed four violations of supervised release.  On July 7, 2006, Mr.

Pavao came before this Court and admitted to the supervised release violation and the

Court made a finding that there was sufficient evidence to support all violations. Rather than proceeding to immediate sentencing, the Court granted Mr. Pavao's request to present mitigation before sentencing and continued the hearing to July 14, 2006.

On July 14, 2006, the Court was informed that Mr. Pavao had been accepted into the six-month drug treatment program at the Salvation Army Adult Rehabilitation Center (SAARC). The government did not object to the proposed treatment plan. Given that all parties were in agreement to the proposed treatment plan, the Court determined that Mr. Pavao's supervised release should not be revoked at this time and that Mr. Pavao be allowed to enter into the drug treatment program at SAARC. However, the Court modified Mr. Pavao's conditions of supervised release as follows:

1.     That the Defendant shall refrain from any unlawful use of a controlled substance. The Defendant shall submit to one drug test within fifteen (15) days of commencement of supervision and at least two drug tests thereafter, but no more than eight (8) valid drug tests per month during the time of supervision, unless there is a positive drug test, in which event the maximum drug tests shall increase to one (1) valid drug test per day.

2.      That the Defendant shall undergo mental health treatment at the

discretion and direction of the Probation Office.

ALL   OTHER   SUPERVISED   RELEASE   CONDITIONS   SHALL

REMAIN IN EFFECT.

DATED:  Honolulu, Hawaii, July 18, 2006.

/s/ Shanlyn A.S. Park
SHANLYN A. S. PARK
Attorney for Defendant
GEORGE PAVAO III

/s/ Wes Reber Porter
WES REBER PORTER
Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/ Mark T. Nugent
MARK T. NUGENT
U.S. Probation Officer

IT IS APPROVED AND SO ORDERED:

DATED:  Honolulu, Hawaii; July 18, 2006.



Susan Oki Mollway
United States District Judge

UNITED STATES v. GEORGE PAVAO III
CR. NO. 03-00546 SOM
STIPULATION AND ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE