AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT 807/17
## District of Hawaii

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00546SOM-01 |

GEORGE PAVAO III

(Name and Address of Defendant)

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST GEORGE PAVAO III and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to show cause why supervision should not be revoked.



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 11 2006

at 8 o'clock and 3 min, A M
SUE   CLERK

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | August 24, 2006 at Honolulu, Hawaii<br>Date and Location |

Bail Fixed at No Bail Warrant        By: Susan Oki Mollway, United States District Judge

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at _____

| Date Received<br>Aug 24, 2006<br>Date of Arrest<br>Dec. 8, 2006 | NAME AND TITLE OF ARRESTING OFFICER<br>Jesse Foury DE4<br>Marshals Task Force | SIGNATURE OF ARRESTING OFFICER<br>Tony Cole Signing<br>For Jesse Foury |