# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

12/14/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:       CR 03-00546SOM

CASE NAME:         USA vs. George Pavao III

ATTYS FOR PLA:     Clare Connors
                   Mark Nugent (USPO)

ATTYS FOR DEFT:    Shanlyn Park

INTERPRETER:

JUDGE:   Susan Oki Mollway          REPORTER:   Debra Chun

DATE:    12/14/2006                 TIME:       10:10 - 10:25

COURT ACTION:   EP: Order to Show Cause Why Supervised Release Should Not Be Revoked -

Defendant George Pavao III present and in custody.

Defendant admits to all 5 violations.

Court finds that there is sufficient evidence to support all violations and the defendant has not met the conditions of supervised release.

Supervised Release is revoked.

Mr. Nugent informed the Court that he may have new information re: this defendant.

Defendant requests to go forward.

ADJUDGED:

Imprisonment: 9 Months.

Supervised Release: 27 Months.

CONDITIONS:

- That the defendant shall abide by the standard conditions of supervision.

- That the defendant not commit any crimes, federal, state, or local (mandatory condition).

- That the defendant not possess illegal controlled substances (mandatory condition)

- That the defendant shall cooperate in the collection of DNA as directed by the probation officer.

- That the defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

- That the defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter up to a maximum of one valid drug test per day.

- That the defendant shall participate in and comply with substance abuse treatment which includes drug and alcohol testing in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

- That the defendant shall submit his person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of supervision.  Failure to submit to a search may be grounds for revocation.  The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Defendant advised of his right to appeal.

JUDICIAL RECOMMENDATION: FDC Honolulu.

Defendant remanded to the custody of the USM.

Mittimus forthwith.

Submitted by: Toni Fujinaga, Courtroom Manager.