AO 442 (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT
## District of Hawaii

807117

ORIGINAL

| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
|---|---|
| V. | Case Number: CR 03-00546 SOM 01 |
| GEORGE PAVAO III | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 15 2007

at 10 o'clock and 15 min A M
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

YOU ARE HEREBY COMMANDED TO ARREST GEORGE PAVAO III and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order to Show Cause why supervision should not be revoked.

U.S. MARSHALS SERVICE
HONOLULU, HI
2007 SEP 26 PM 4:34
RECEIVED

in violation of Title  United States Code, Section(s) .

| Sue Beitia | Clerk U.S. District Court |
|---|---|
| Name and Title of Issuing Officer | Title of Issuing Officer |
| /s/ Signature of Issuing Officer/Deputy Clerk | September 26, 2007 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at          By: Susan Oki Mollway, United States District Judge

---

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at HILO HI | | |
| Date Received 9-26-07 | NAME AND TITLE OF ARRESTING OFFICER  RUSS NAKAGATO | SIGNATURE OF ARRESTING OFFICER |
| Date of Arrest 10-10-07 | DUSM | |