AO 245D      (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

# United States District Court
## District of Hawaii

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OCT 18 2007
at 3 o'clock and 32 min. P.M.
SUE BEITIA, CLERK

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| v. | (For **Revocation** of Probation or Supervised Release) |
| **GEORGE PAVAO, III** | Criminal Number: 1:03CR00546-001 |
| (Defendant's Name) | USM Number: 95051-022 |
| | **Shanlyn Park AFPD** |
| | Defendant's Attorney |

## THE DEFENDANT:

[✔] admitted guilt to violation of conditions  **Standard Condition Nos. 3 and 7 and Special Condition No. 1**  of the term of supervision.

[ ] was found in violation of condition(s) _____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]    The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:    **4689**

Defendant's Residence Address:
**Keaau, Hawaii 96749**

Defendant's Mailing Address:
**Mountain View, Hawaii 96760**

OCTOBER 15, 2007
Date of Imposition of Sentence

*/s/ Susan Oki Mollway*
Signature of Judicial Officer

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

OCT 18 2007
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

| CASE NUMBER: | 1:03CR00546-001 | Judgment - Page 2 of 3 |
|---|---|---|
| DEFENDANT: | GEORGE PAVAO, III | |

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | Subject's urine specimen submitted tested positive for methamphetamine | 9/4/07 |
| 2 | Subject refused to submit to drug testing | 9/18/07 |
| 3 | Subject failed to follow the Probation Officer's instructions | 9/19/07 |

AO 245B   (Rev. 6/05) Judgment in a Criminal Case
          Sheet 2 - Imprisonment

CASE NUMBER:    1:03CR00546-001                                      Judgment - Page 3 of 3
DEFENDANT:      GEORGE PAVAO, III

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: THIRTEEN (13) MONTHS

[ ]  The court makes the following recommendations to the Bureau of Prisons:

[✔]  The defendant is remanded to the custody of the United States Marshal.

[ ]  The defendant shall surrender to the United States Marshal for this district.
     [ ] at ___ on ___.
     [ ] as notified by the United States Marshal.

[ ]  The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
     [ ] before _ on ___.
     [ ] as notified by the United States Marshal.
     [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____
at _____, with a certified copy of this judgment.

                                                    _____
                                                    UNITED STATES MARSHAL

                                          By        _____
                                                    Deputy U.S. Marshal